| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| | SUPERIOR COURT DIVISION |
| COUNTY OF UNION | 19 CVS 00906 |

YURII KOROTKOV & IRYNA PAVLOVNA KOROTKOVA.

    Plaintiffs,

-v-

SUNTRUST MORTGAGE, INC.

    Defendant

## DEFENDANT SUNTRUST'S[1] NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the Superior Court of Union County, North Carolina to the United States District Court for the Western District of North Carolina, Charlotte Division (a copy of which, excluding exhibits, is attached as **Exhibit A**) was submitted on the 1st day of May 2019 for filing in the United States District Court for the Western District of North Carolina, Charlotte Division, thereby effecting removal of this action. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

This the 1st day of May, 2019.

    TROUTMAN SANDERS LLP

    By: _____
    D. Kyle Deak (N.C. State Bar No. 35799)
    Jamie E. Rudd (N.C. State Bar No. 50968)
    305 Church at North Hills Street, Suite 1200
    Raleigh, North Carolina 27609
    Telephone: (919) 835-4133
    Facsimile: (919) 829-8725

---

[1] SunTrust Mortgage, Inc. merged into SunTrust Bank, a Georgia state-chartered bank, effective August 6, 2018. As such, the proper named Defendant in this case is SunTrust Bank.

Email: kyle.deak@troutman.com
Email: jamie.rudd@troutman.com

*Attorneys for Defendant SunTrust*

# CERTIFICATE OF SERVICE

The undersigned attorney for the Defendant SunTrust hereby certifies that on this day the foregoing Notice of Filing Notice of Removal was served upon the Plaintiff in this action via first class, postage prepaid US Postal Service mail as set forth below:

**Attorney for Plaintiffs**
M. Shane Perry
N.C. Bar No. 35498
COLLUM & PERRY
109 W. Statesville Ave.
Mooresville, NC 28115
Telephone: (704) 663-4187
Fasimile: (704) 663-4178

This the 1 day of May, 2019.

D. Kyle Deak