# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00210-RJC-DSC

| YURII KOROTKOV et. al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SUNTRUST MORTGAGE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Joint Motion for Stay [sic] Deadlines" (document #16) filed April 10, 2020. For the reasons stated therein, the Court **GRANTS IN PART** and **DENIES IN PART** the Motion. The case will not be stayed but the Court will extend deadlines for sixty days as follows:

| Task | Current Deadline | New Deadline |
|---|---|---|
| Mediation deadline | 5/20/20 | 7/20/20 |
| Expert reports (Plaintiffs) | 3/16/20 | 5/16/20 |
| Expert reports (Defendant) | 4/13/20 | 6/13/20 |
| Discovery completion | 6/17/20 | 8/17/20 |
| Dispositive motions | 7/20/20 | 9/20/20 |
| Oral argument on MSJ's | 8/31/20 | 10/31/20 |

The trial date is continued to the first setting on or after January 1, 2021.

**SO ORDERED**.

Signed: April 10, 2020

_____
David S. Cayer
United States Magistrate Judge